# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137445

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LOUIS WILLIAM MELDMAN,
      Defendant-Appellant.

SC: 137445
COA: 276245
Oakland CC: 2005-204772-FH

_____/

On order of the Court, the application for leave to appeal the August 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

Clerk